IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RONALD DEAN GRAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-4182-CV-C-NKL |
| ) | |
| COOPER COUNTY DETENTION ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

Plaintiff, while confined in a Missouri penal institution, commenced this action under the Civil Rights Act of 1871, 42 U.S.C. § 1983, and the jurisdictional statute, 28 U.S.C. § 1343. This case was referred to the undersigned United States Magistrate Judge for processing in accord with the Magistrate Act, 28 U.S.C. § 636, and L.R. 72.1.

A review of the record indicates defendant has not been served with process. Fed. R. Civ. P. 4(m) provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Plaintiff's complaint was filed on August 16, 2004, and he was granted leave to proceed in forma pauperis on his claims on October 19, 2004. Here, it has been more than 120 days since plaintiff's complaint was filed. Plaintiff was directed to return completed summons and service forms showing the address where defendant may be served. Plaintiff has failed to return the process forms.

On April 20, 2005, plaintiff was directed to show cause why his claims should not be dismissed, pursuant to Rule 4(m). Plaintiff has neither responded to that order nor provided an address for service of process.

IT IS, THEREFORE, RECOMMENDED that plaintiff's claims be dismissed, pursuant to Fed. R. Civ. P. 4(m).

Under 28 U.S.C. § 636(b)(l), the parties may make specific written exceptions to this recommendation within twenty days. If additional time is needed, a motion for an extension of time must be filed within twenty days. The motion should state the reasons for the request. *See Nash v. Black*, 781 F.2d 665, 667 (8th Cir. 1986) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)); *Messimer v. Lockhart*, 702 F.2d 729 (8th Cir. 1983). Failure to make specific written exceptions to this report and recommendation may result in a waiver of the right to appeal.

Dated this 23rd day of May, 2005, at Jefferson City, Missouri.

/s/

WILLIAM A. KNOX
United States Magistrate Judge

2